# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**In re**

BAYONNE MEDICAL CENTER,                    **Debtor**.     Case No. 07-15195 (MS)

BAYONNE MEDICAL CENTER,

                                    **Plaintiff,**

v.                                                     Adv. Pro. No. 09-

PETER WONG, MD,

                                    **Defendant.**

**SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

TO: Peter Wong, MD
     601 Pavonia Ave., Suite 301
     Jersey City, NJ 07306-2907

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address** | Clerk, United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
|---|
| Forman Holt Eliades & Ravin LLC<br>80 Route 4 East, Suite 290<br>Paramus, New Jersey 07652 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pre-trial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Address** | United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 | Room:<br>Date and Time: |
|---|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                       Clerk of the Bankruptcy Court

_____
                    Dated                                                                          Deputy Clerk

**MEDIATION OF ALL DISPUTES IS ENCOURAGED AND IS AVAILABLE PURSUANT TO D.N.J. LBR 9019-2. THE PRACTITIONER'S GUIDE TO THE MEDIATION PROCESS IS AVAILABLE IN THE BANKRUPTCY COURT CLERK'S OFFICE AND IN EACH COURTROOM. THE GUIDE CONTAINS AN OVERVIEW OF THE MEDIATION PROCESS, SAMPLE FORMS, THE REGISTERED # OF MEDIATORS AND APPLICABLE LOCAL RULES.**