UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT ELIADES & RAVIN LLC
80 Route 4 East, Suite 290
Paramus, NJ  07652
(201) 845-1000
Special Counsel for Debtor
Michael E. Holt  (MEH-8735)

In Re:

BAYONNE MEDICAL CENTER,

                 Debtor.

BAYONNE MEDICAL CENTER,

                 Plaintiff,

v.

PETER WONG, MD,

                 Defendant.

Chapter 11

Case No. 07-15195 (MS)

Adv. Pro. No. 09-1673

**NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY**
**PROCEEDING AS TO DEFENDANT PURSUANT TO FED. R. BANKR. P. 7041**

**PLEASE TAKE NOTICE** that Bayonne Medical Center., Debtor and Plaintiff in the captioned matter ("Debtor") through its attorneys, Forman Holt Eliades & Ravin LLC, hereby dismisses the captioned adversary proceeding with prejudice pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure.

                                          FORMAN HOLT ELIADES & RAVIN LLC
                                          Special Counsel for Debtor

                          By:   */s/ Michael E. Holt*
Dated: May 28, 2009            Michael E. Holt

m:\cmf\bayonne medical center\preferences\peter wong\notice of dismissal.doc